Rodney L. Umberger, Jr., WSBA #24948
Anne M. Loucks, WSBA #32739
Brendan T. Vandor, WSBA #49929
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Attorneys for Defendants Leon Bone, Jr.
and Maczuk Incorporated

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHAN GONZALEZ, an individual, and SOPHANRY NAU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEON L. BONE, JR., an individual, MACZUK INDUSTRIES, INC., a foreign corporation, and MACZUK INCORPORATED, a foreign corporation<br><br>Defendants. | Case No. 2:17-cv-01896-MJP<br><br>ORDER GRANTING MOTION FOR REMAND<br><br>**NOTE ON MOTION CALENDAR:**<br><br>December 29, 2017<br><br>Without oral argument |

## I.     ORDER

THIS MATTER, having come regularly before the Court on the parties' Amended Stipulated Motion for Remand, the Court having reviewed the records and files herein, and now deeming itself fully advised, it is hereby:

ORDERED, ADJUDGED AND DECREED that

The parties' Amended Stipulated Motion to Remand is GRANTED, and this case is hereby remanded to King County Superior Court, Case No. 17-2-29774-7 KNT.  All hearings and other deadlines are stricken and the Clerk's office is directed to close this file.  The Clerk's

ORDER GRANTING MOTION FOR REMAND- 1

2:17-cv-01896-MJP

office is directed to enter this Order and provide copies to all counsel and to the King County Superior Court.

DATED this __8th___ of January, 2018.

       *[signature]*
       Marsha J. Pechman
       United States District Judge

Presented by:

| LAW OFFICES OF DAVID S. ROTH | WILLIAMS, KASTNER & GIBBS, PLLC |
|---|---|
| s/ *David S. Roth* <br>    David S. Roth, WSBA No. 12812 | s/ *Rodney L. Umberger* <br> s/ *Anne M. Loucks* <br> s/ *Brendan T. Vandor* <br>    Rodney L. Umberger, WSBA No. 24948 <br>    Anne M. Loucks, WSBA No. 32739 <br>    Brendan T. Vandor, WSBA No. 49929 |
| 500 Union Street, Suite 645 <br> Seattle, WA 98101 <br> Phone: 206.447-8665 <br> Fax: 206.223-4021 <br> Email: david@legalroth.com | Two Union Square <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Phone: 206.628.6600 <br> Fax:    206.628.6611 <br> Email:  rumberger@williamskastner.com <br>           aloucks@williamskastner.com <br>           bvandor@williamskastner.com |
| Attorneys for Plaintiffs | Attorneys for Defendants Leon Bone, Jr. and Maczuk Incorporated |

ORDER GRANTING MOTION FOR REMAND- 2

2:17-cv-01896-MJP